*Thursday,
June 24.*

---

## ZEHNOR *v.* CRULL.

APPEAL from the *Wayne* Circuit Court.
*Per Curiam.*—This was an action by *Crull* against *Zehnor* upon promissory notes for the payment of 207 dollars. The defendant's answer contains three paragraphs. The

*Thursday,
June 24.*

May Term,
1858.

THE EVANS-
VILLE, &C.,
RAILR'D CO.
v.
TRESSLER.

first is a general denial. The second and third set up new matter in defense of the action, to which the plaintiff replied. Defendant demurred to the replies; but his demurrers were overruled. Verdict for the plaintiff. New trial refused, and judgment.

The action of the Court in overruling the demurrers is assigned for error; but as no exception to that ruling appears to have been taken in the Circuit Court, the objection to the replies cannot be raised in this Court. 8 Ind. R. 96. —9 *Id.* 117. Another objection is raised to the ruling of the Court, by assignment of error; but the appellant has failed to notice the point made in a brief; hence it will be considered as waived. Rule 28.—Ind. Dig. 722.

The judgment is affirmed with 5 per cent. damages and costs.

*O. P. Morton, J. Kibbey, M. Wilson, C. H. Test,* and *J. M. Wilson,* for the appellant.

*J. S. Newman* and *J. P. Siddall,* for the appellee.

